AO 455 (Rev. 01/09) Waiver of Indictment

# United States District Court
### for the
### Western District of New York

United States of America

v.

MICHAEL SINATRA

*Defendant*

Case No. 25-mj- 1297



## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for less than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: June 6, 2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

HERBERT GREENMAN, ESQ.
*Printed name of defendant's attorney*

_____
*Judge's signature*

HON. JEREMIAH J. MCCARTHY
United States Magistrate Judge
*Judge's printed name and title*