IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.                                             25-mj-1297

MICHAEL SINATRA,

        Defendant.

---

### INFORMATION
(Title 26, United States Code, Section 7203)

### COUNT 1

**The United States Attorney Charges That:**

1. During the calendar year 2020, in the Western District of New York, the defendant, MICHAEL SINATRA, a resident of Tonawanda, New York, received gross income from the operation of his business, to wit: Sinatra Landscaping and Snowplowing.

2. By reason of such gross income, the defendant was required by law, following the close of calendar year 2020, and on or before May 17, 2021, to make an income tax return to the Internal Revenue Service, in Kansas City, Missouri, or to another Internal Revenue Service Office permitted by the Commissioner of Internal Revenue, stating specifically the items of the defendant's gross income and any deductions and credits to which the defendant was entitled.

3. Well knowing and believing all of the foregoing, the defendant did willfully fail, on or about May 17, 2021, in the Western District of New York, and elsewhere, to make an income tax return.

**All in violation of Title 26, United States Code, Section 7203.**

DATED: Buffalo, New York, June 6, 2025.

                              MICHAEL DIGIACOMO
                              United States Attorney

BY: /s/ Joseph M. Tripi
       JOSEPH M. TRIPI
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5839
       Joseph.Tripi@usdoj.gov